UNITED STATES DISTRICT COURT
SOUTHIMN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHARLES H. BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-252-WGH-WTL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ENTRY**

The final decision of the Commissioner in this case is **AFFIRMED.**  The Plaintiff≑s Complaint is **DISMISSED.**  Each party shall bear its own costs.

**Entered:**  April 15, 2013

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Electronic Distribution to ECF-registered counsel of record.**